UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Conne Lyons v. Bayer Corporation, et al.*      No. 10-cv-20275-DRH

*Kelly Nottingham v. Bayer Corporation, et al.*   No. 12-cv-11176-DRH

*Jillian Soucy v. Bayer Corporation, et al.*     No. 12-cv-11003-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 28, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2015.10.29
16:14:17 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT